UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ISAAC FELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-01253-JPH-DLP |
| | ) | |
| COMMISSIONER OF THE INDIANA DEPARTMENT OF CORRECTION in his official capacity, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## Screening Order

Plaintiff Isaac Felton is a prisoner in the custody of the Indiana Department of Correction. Represented by counsel, Mr. Felton alleges claims under the First Amendment and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc-1. Dkt. 1 at ¶¶ 38 & 39. He seeks declaratory and injunctive relief, as well as costs and attorneys' fees.

Pursuant to 28 U.S.C. § 1915A, the Court must review any complaint filed by a prisoner seeking relief from a government or government official. The Court has conducted the required review and finds no grounds for dismissal pursuant to § 1915A(b). All claims shall **proceed** as pled.

**SO ORDERED.**

Date: 5/5/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Gavin Minor Rose
ACLU of Indiana
grose@aclu-in.org